# FEDERAL PUBLIC DEFENDER, SOUTHERN DISTRICT OF TEXAS
## TRANSCRIPT REQUEST AND INVOICE

1. PURPOSE  1 ☐ TRIAL  2 ☒ APPEAL OF CONVICTION/SENTENCE  
   3 ☐ OTHER ____

2. REQUESTING ATTORNEY  
   Scott A. Martin

United States Courts  
Southern District of Texas  
FILED  
APR 02 2015  
David J. Bradley, Clerk of Court

3. DOCKET NO.  H-14-018
4. COURT  SOUTHERN DISTRICT OF TEXAS
5. IN THE CASE OF  U.S.A  vs.  Joseph S. Antonucci
6. PERSON REPRESENTED  Joseph S. Antonucci
7. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)  
   Appeal from judgment of conviction and sentence imposed on March 31, 2015.
8. PROCEEDINGS TO BE TRANSCRIBED (Describe specifically and include docket entry number)  
   10/23/14: Re-Arraignment proceedings held before the Hon. Keith P. Ellison (no docket entry #).

9. FEDERAL PUBLIC DEFENDER'S REQUEST

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request preparation of the transcript of the proceedings described above at the expense of the United States pursuant to the Criminal Justice Act.

FPD ACCOUNTING DATA  
15 092300 F05TXSF 2532

[signature]  
MARJORIE A. MEYERS  
FEDERAL PUBLIC DEFENDER  
440 Louisiana, Suite 1350, Houston, Texas 77002-1669

DATE: Apr 2, 2015  
TELEPHONE NUMBER: (713) 718-4600

10. SPECIAL REQUESTS    FPD'S INITIALS

A. ☐ Expedited  ☐ 14-Day  ☐ Daily  ☐ Hourly Transcript

B. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

## INVOICE

11. COURT REPORTER/TRANSCRIBER STATUS  
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

14. PAYEE'S ADDRESS

12. FULL NAME OF PAYEE  
Fred Warner

13. SOCIAL SECURITY OR EMPLOYER I.D. NO. OF PAYEE    15. TELEPHONE NO.

| 16. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |

17.    TOTAL CLAIMED: $

18. CLAIMANT'S CERTIFICATION  
I hereby certify that the above invoice is correct and that I have not claimed or received payment from any other source for the services rendered and claimed in this invoice.

_____    _____  
CLAIMANT'S SIGNATURE    DATE

18.A. Clerk's Office Verification of No. of Pages & Rates:  Verified by: _____  
(Signature)    (Date)

19. APPROVED FOR PAYMENT:    AMT. APPROVED:  
_____    $ ____  
(Requesting Attorney, Federal Public Defender Office)  DATE