# FEDERAL PUBLIC DEFENDER, SOUTHERN DISTRICT OF TEXAS
## TRANSCRIPT REQUEST AND INVOICE

1. PURPOSE     1 ☐ TRIAL    2 ☒ APPEAL OF CONVICTION/SENTENCE    2. REQUESTING ATTORNEY
     3 ☐ OTHER _____      Scott A. Martin

3. DOCKET NO.  H-14-018
4. COURT  SOUTHERN DISTRICT OF TEXAS

5. IN THE CASE OF    U.S.A    vs.    Joseph S. Antonucci

United States Courts
Southern District of Texas
FILED
APR 02 2015
David J. Bradley, Clerk of Court

6. PERSON REPRESENTED  Joseph S. Antonucci

7. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal from judgment of conviction and sentence imposed on March 31, 2015.

8. PROCEEDINGS TO BE TRANSCRIBED (Describe specifically and include docket entry number)
03/31/15: Sentencing proceedings held before the Hon. Keith P. Ellison (no docket entry #).

9. FEDERAL PUBLIC DEFENDER'S REQUEST

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request preparation of the transcript of the proceedings described above at the expense of the United States pursuant to the Criminal Justice Act.

FPD ACCOUNTING DATA
15 092300 F05TXSF 2532

_[signature]_     Apr 2, 2015
**MARJORIE A. MEYERS**     DATE
FEDERAL PUBLIC DEFENDER     (713) 718-4600
440 Louisiana, Suite 1350, Houston, Texas 77002-1669     TELEPHONE NUMBER

10. SPECIAL REQUESTS      FPD'S INITIALS

A. ☐ Expedited    ☐14-Day    ☐ Daily    ☐ Hourly Transcript

B. ☐ Prosecution Opening Statement    ☐ Prosecution Argument    ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

## INVOICE

11. COURT REPORTER/TRANSCRIBER STATUS     14. PAYEE'S ADDRESS
☒ Official    ☐ Contract    ☐ Transcriber    ☐ Other

12. FULL NAME OF PAYEE
Miller

13. SOCIAL SECURITY OR EMPLOYER I.D. NO. OF PAYEE     15. TELEPHONE NO.

| 16. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| 17. | | | | | TOTAL CLAIMED: | $ |

18. CLAIMANT'S CERTIFICATION
I hereby certify that the above invoice is correct and that I have not claimed or received payment from any other source for the services rendered and claimed in this invoice.

_____     _____
CLAIMANT'S SIGNATURE     DATE

18.A. Clerk's Office Verification of No. of Pages & Rates:    Verified by: _____ _____
                                                                         (Signature)                    (Date)

19. APPROVED FOR PAYMENT:      AMT. APPROVED:
                                                                              $ _____
(Requesting Attorney, Federal Public Defender Office)      DATE